WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-337—)

GENE STALEY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed March 3, 1975.*

GENE STALEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-378—)

JOSEPH COLLINS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed March 3, 1975.*

JOSEPH COLLINS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.